JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAR -1 1983

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 536

2/1/83

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE BITUMINOUS COAL WAGE AGREEMENTS LITIGATION

ORDER REASSIGNING LITIGATION

We have been notified by Judge Barron P. McCune, the transferee judge assigned the above litigation in the Western District of Pennsylvania, that he has disqualified himself in this litigation. Consequently, reassignment of the litigation is necessary. Pursuant to the request of the Chief Judge of the Western District of Pennsylvania,

IT IS ORDERED that the above-captioned litigation be, and the same hereby is, reassigned to Judge Carol Los Mansmann for the coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.

FOR THE PANEL:

_____
Andrew A. Caffrey
Chairman

DOCKET NO. 536

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE BITUMINOUS COAL WAGE AGREEMENTS LITIGATION

TRANSFER ORDER*

This litigation consists of fifteen actions pending in five districts as follows:

| District | |
|---|---|
| District of the District of Columbia | 5 |
| Western District of Pennsylvania | 4 |
| Southern District of West Virginia | 3 |
| Northern District of Alabama | 2 |
| Southern District of Ohio | 1 |

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, to centralize all actions in the District of the District of Columbia for coordinated or consolidated pretrial proceedings.

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization of these actions under Section 1407 in the Western District of Pennsylvania will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Common factual questions arise from allegations concerning various companies' obligation to contribute to certain United Mine Workers health and retirement funds, as required by the purchase-of-coal provision of the National Bituminous Coal Wage Agreements.1/ Centralization pursuant to Section 1407 is therefore necessary in order to prevent duplication of discovery, avoid inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

---

* Judge Edward S. Northrop took no part in the decision of this matter.

1/ Although the actions before us have been pending for a relatively long time, pretrial proceedings regarding the purchase-of-coal provision became necessary after the recent Supreme Court decision in Kaiser Steel Corp. v. Mullins, 455 U.S. 72 (1982).

We recognize that both the District of the District of Columbia and the Western District of Pennsylvania would be suitable transferee districts for this litigation. On balance, we conclude that the Western District of Pennsylvania is the more preferable transferee district since some of the remaining discovery will likely be derived from coal industry sources in Pennsylvania.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Western District of Pennsylvania be, and the same hereby are, transferred to the Western District of Pennsylvania and, with the consent of that court, assigned to the Honorable Barron P. McCune for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

Schedule A

### Western District of Pennsylvania

Harrison Combs, et al. v. Duquesne Light Company,
   C.A. No. 81-2255
Duquesne Light Company v. International Union, United Mine
   Workers of America, et al., C.A. No. 81-870
Harrison Combs, et al. v. Luzerne Coal Corporation,
   C.A. No. 80-1804
Harrison Combs, et al. v. Old Home Manor, Inc.,
   C.A. No. 79-1100

### Southern District of Ohio

Harrison Combs, et al. v. Gilbert Fuel Company, et al.,
   C.A. No. C-2-80-946

### Northern District of Alabama

Harrison Combs, et al. v. Lake Side Coal Company, et al.,
   C.A. No. CV-80-P-17185
Harrison Combs, et al. v. Pulltight Coal Company, Inc.,
   C.A. No. 80-C-0899-J

### Southern District of West Virginia

Julius Mullins, et al. v. Zapata Coal Corporation,
   C.A. No. 78-2450
Harrison Combs, et al. v. Douglas Pocahontas Coal Company,
   C.A. No. 80-1072-BL
Harrison Combs, et al. v. Metco Mining Corporation,
   C.A. No. 81-3022

### District of the District of Columbia

Julius Mullins, et al. v. Kaiser Steel Corporation,
   C.A. No. 78-0650
Harrison Combs, et al. v. Kaiser Steel Corporation,
   C.A. No. 80-2545
Julius Mullins, et al. v. Reitz Coal Company, et al.,
   C.A. No. 78-0715
Harrison Combs, et al. v. Reitz Coal Company,
   C.A. No. 80-2547
Harrison Combs, et al. v. Consolidated Coal Company,
   C.A. No. 80-2546